IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES DANIEL VINSON,

    Plaintiff,

v.

LA CROSSE COUNTY JAIL,

    Defendant.

ORDER

Case No. 18-cv-389-wmc

*Pro se* plaintiff James Vinson brings this action under 42 U.S.C. § 1983 against the La Crosse County Jail. Vinson claims that the jail violated his constitutional and state law rights when he was an inmate there. On June 1, 2021, the court entered an order explaining that Vinson had failed to identify a proper defendant and that his allegations failed to satisfy the pleading requirements of Federal Rule of Civil Procedure 8. (Dkt. #25.) The court dismissed Vinson's complaint without prejudice, giving Vinson until June 21, 2021, to submit an amended complaint that addressed the deficiencies the court identified in that order. The court warned Vinson that if he failed to amend his complaint by that deadline, this case would be dismissed with prejudice for failure to prosecute. That deadline has passed, and Vinson has neither filed an amended complaint nor contacted the court seeking an extension of the deadline. Accordingly, the court is now dismissing this case for Vinson's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (district court has inherent authority to dismiss a lawsuit *sua sponte* for failure to prosecute).

ORDER

IT IS ORDERED that:

1. Plaintiff James Vinson's complaint is DISMISSED for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

2. The clerk of court is directed to close this case.

Entered this 9th day of July, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge