IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES DANIEL VINSON,

    Plaintiff,

  v.

                                        Case No. 18-cv-389-wmc

LA CROSSE COUNTY JAIL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |